No. 358. COLD METAL PROCESS CO. ET AL. *v.* REPUBLIC STEEL CORP. C. A. 6th Cir. Certiorari denied. *William H. Webb, Howard F. Burns* and *Clarence B. Zewadski* for petitioners. *Drury W. Cooper* for respondent.

No. 361. LUPO *v.* NORFOLK & WESTERN RAILWAY CO. Court of Appeals for Franklin County, Ohio. Certiorari denied. *C. Richard Grieser* for petitioner. *John D. Holschuh* and *Robert L. Barton* for respondent.

No. 367. HINELINE *v.* UNITED STATES. Court of Claims. Certiorari denied. *John Price Wetherill* and *Henry B. Kellog* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 368. FARLEY *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edwin J. McDermott* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *Joseph Langbart* for the United States.

No. 369. PANHANDLE EASTERN PIPE LINE CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *G. R. Redding* and *William E. Miller* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Bernard Cedarbaum, William W. Gatchell* and *Robert L. Russell* for the Federal Power Commission, and *Charles V. Shannon, Arthur R. Seder, Jr., Donald R. Richberg* and *Oscar L. Chapman* for the Michigan Consolidated Gas Co., respondents.